IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| CINDY LYNN REED, ) | |
| ) | |
| Plaintiff, ) | No. 1:12-cv-00010 |
| ) | Judge Nixon |
| v. ) | Magistrate Judge Brown |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On January 20, 2012, Plaintiff Cindy Lynn Reed filed a Complaint for review of Defendant Commissioner of Social Security's decision denying her application for Social Security Disability benefits. (Doc. No. 1). Defendant filed an Answer to Plaintiff's Complaint (Doc. No. 6), along with the administrative record (Doc. No. 7). On March 21, 2012, Magistrate Judge Brown entered an Order providing that Plaintiff was to file a motion for judgment on the administrative record within thirty days of the entry of the Order. (Doc. No. 8.) On May 11, 2012, Plaintiff filed a motion requesting an extension of time to file a motion for judgment on the administrative record (Doc. No. 9), which Magistrate Judge Brown granted—allowing Plaintiff until June 12, 2012 to file her motion (Doc. No. 10). Plaintiff had not filed such a motion by June 12, 2012, and thus Magistrate Judge Brown issued an Order on July 13, 2012, indicating that if Plaintiff did not file a motion within fourteen days of that Order's entry, he would enter a report and recommendation recommending that the case be dismissed for failure to prosecute. (Doc. No. 11.) Plaintiff, once again, failed to comply with Magistrate Judge Brown's Order, and did not file anything by the July 27, 2012 deadline.

Magistrate Judge Brown subsequently issued a Report and Recommendation ("Report"), recommending that the action be dismissed. (Doc. No. 12 at 4.) The Report was filed on August 2,

1

2012, and it provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, Plaintiff's Complaint is **DISMISSED without prejudice** for failure to prosecute, and the decision of the Commissioner is **AFFIRMED**. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this \_\_\_\_21\_\_\_\_ day of August, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT